**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DANNER,<br><br>          Plaintiff,<br><br>    v.<br><br>THE ORIGINAL MOWBRAYS TREE SERVICE INC.,<br><br>          Defendant. | Case No. CV 25-9435-DMG<br><br>(Relates to Ch 11 Bankruptcy Case No. 8:24-bk-12674-SC)<br><br>ORDER ON STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE [18] |

Pursuant to the *Stipulation for Order of Dismissal Without Prejudice*, the above-captioned matter is dismissed without prejudice pursuant to FRCP 41(a).


DATED:  April 21, 2026

_____
DOLLY M. GEE
Chief United States District Judge